**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.                              **NO. 4:10CR00012-01 GTE**

**JUAN BANUELOS FLORES**                                          **DEFENDANT**

**SUPPLEMENTAL JUDGMENT**

On April 29, 2011, a sentencing hearing was held and Juan Banuelos Flores was sentenced on three counts of conviction. The Judgment was entered on April 29, 2011, and therein stated that the Special Assessment was $100.00, shown on page 6, when in fact, it should have been, $100.00 for each count or $300.00. This Supplemental Judgment is to correct that error.

IT IS THEREFORE ORDERED, that the Judgment [Doc. # 60] filed on April 29, 2011, in the above case, is supplemented and corrected to show that the Special Penalty Assessment, shown on Page 6. should be $300.00. Further, the "Schedule of Payments" on Page 7 is supplemented and corrected to show the following:

"A. Lump sum payment of $300.00 due immediately."

Dated this 4th day of May, 2011.

                                                            _/s/ Garnett Thomas Eisele_
                                                            UNITED STATES DISTRICT JUDGE